# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 09-00180-002 |
| ) | |
| BONNIE GARDNER, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON   - SENTENCING**

Before Judge Nora Barry Fischer

Brendan T. Conway, AUSA                              Martin A. Dietz, Esquire
Appear for USA                                              Appear for Defendant

Probation – Tracy DeMartino
Postal Inspector – Randy Hayden

Hearing begun   10/18/13 at 9:00 a.m.          Hearing adjourned to _____
Hearing concluded  10/18/13 at 9:38 a.m.     Stenographer :  J. Kienzle
                                                                    Clerk: J. Galovich

**WITNESSES:**

For Government                                            For Defendant

Court details background of case;   Oath administered to defendant; Court asks defendant questions re: Presentence Report, Addendum & Tentative Findings, defendant answers & understands;   Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions;   Court notes that parties have no further objections to Presentence Report;   Court adopts the Presentence Report & addendum, except as otherwise set forth in the Court's Tentative Findings & Rulings;   Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings;   Court comments on Victim Impact Statements;   Court makes additional findings on the record based upon letters submitted to the Court on behalf of the Defendant;   Court hears counsel positions regarding aspects of Sentence;   Defendant declines to make statement to the Court;   Court comments on the parties' agreed-upon sentence of incarceration of 42 months & the fact that such sentence represents a variance below the Advisory Guideline Rage of 87-108 months;   The court finds such a variance is warranted given the government's agreement that such a variance is appropriate and after considering all of the factors under Section 3553(A);   Sentence Imposed:   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of forty-two (42) months, with recommendations more fully stated in Judgment;   Three (3) years' Supervised Release w/standard and additional conditions; Restitution ordered in the amount of $13,703,189.00   (Interest waived) (payment details stated more fully in Judgment);   Fine waived;   $100.00 Special Assessment, due immediately;   Court states its reasons for imposition of Sentence;   Court advises defendant of appeal rights;   Counts 2-15 of the Superseding Indictment as to Defendant Bonnie Gardner to dismissed upon Oral Motion of the Government;   Defendant permitted to self-report to the U.S. Marshal by no later than 9:00 a.m. on 11/29/13, unless defendant is advised to report to a facility at an earlier date by the Bureau of Prisons