IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| vs. | ) Criminal No. 09-00180-001 ) |
| FRANK S. GUZIK, JR., | ) ) ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of October, 2013, it appearing that further proceedings cannot be held in this as to defendant Frank S. Guzik, Jr. because the defendant Frank S. Guzik, Jr. is a fugitive and a warrant of arrest has been issued,

IT IS HEREBY ORDERED that the case be returned to the Clerk of Court as to defendant Frank S. Guzik, Jr. until such time as action by the Court may be required against said defendant.

s/Nora Barry Fischer
United States District Judge

cc/ecf:   Brendan T. Conway, Asst. U.S. Atty.

United States Marshal's Office