IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V

BONNIE GARDNER

DEFENDANT

CR. NO. 09-180

CIVIL ACTION NO. 14-1441

MEMORANDUM IN REPLY TO NOTICE AND ORDER

MY UNDERSTANDING OF THIS ORDER IS THAT IT GIVES NOTICE THAT I AM REQUIRED TO HAVE INCLUDED ALL OF MY FEDERAL CONSTITUTIONAL CLAIMS IN THIS FILING OF MY 2255 PETITION. THIS MEMORANDUM SERVES AS NOTICE THAT I HAVE INCLUDED ALL CLAIMS; HOWEVER IT IS MY UNDERSTANDING THAT I WILL HAVE AN OPPORTUNITY, AS MYPETITION ADVANCES, TO FILE ADDITIONAL MATERIALS SUPPORTING MY PENDING PETITION. I AM ASKING THE COURT TO CLARIFY THIS FOR ME AND TO DIRECT ME AS TO WHEN I SHOULD FILE THESE SUPPORTING DOCUMENTS, AS IT IS NOT MY INTENTION TO WAIVE MY ABILITY TO FILE THESE ITEMS. THE SUPPORTING MATERIALS INCLUDE, BUT ARE NOT LIMITED TO, EMAILS BETWEEN MYSELF AND COUNSEL AS WELL AS OTHER DOCUMENTATION THAT IS MEMORIALIZED BY THE DOCKET FOR MY CASE.

RESPECTFULLY SUBMITTED

BONNIE GARDNER

NOVEMBER 2, 2014