IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-180 |
| | ) Judge Nora Barry Fischer |
| BONNIE GARDNER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 1st day of September, 2015, upon consideration of Defendant Bonnie Gardner's Pro Se Motion (to Appeal In Forma Pauperis) (Document No. [112]) filed in the above captioned matter on September 1, 2015,

IT IS HEREBY ORDERED that said Motion is GRANTED.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record

Defendant Bonnie Gardner, *pro se*
USMS 33388068
Federal Prison Camp Alderson
Post Office Box A
Alderson, WV 24910